IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SANDRA K. CAMPBELL,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-583-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant affirming the decision of Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing plaintiff Sandra K. Campbell's appeal.


| s/V. Olmo, Deputy Clerk | 9/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |